1

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------x      23-CV-2961(BMC)
                                     23-CV-6423(BMC)
                                     23-CV-6555(BMC)
IN RE HORIZON BANCORP, INC.
SECURITIES LITIGATION
                                     United States Courthouse
                                     Brooklyn, New York

                                     September 26, 2023
                                     11:30 a.m.
------------------------------x


          TRANSCRIPT OF CIVIL CAUSE FOR STATUS CONFERENCE
                ALL PRESENT VIA VIDEOCONFERENCE
             BEFORE THE HONORABLE BRIAN M. COGAN
             UNITED STATES SENIOR DISTRICT JUDGE


APPEARANCES

Attorney for Plaintiff:   POMERANTZ LLP
Chad Key                  10 S La Salle Street
                          Suite 3505
                          Chicago, Illinois 60603
                          BY:  CHRISTOPHER TOUREK, ESQ.


Attorney for Plaintiff:   GLANCY PRONGAY & MURRAY LLP
Sally Hundley             745 Fifth Avenue
                          5th Floor
                          New York, New York 10151
                          BY:  BENJAMIN I. SACHS-MICHAELS, ESQ.


Attorney for Plaintiff:   THE ROSEN LAW FIRM, P.A.
Aziz Chowdhury            275 Madison Avenue
                          Suite 40th Floor
                          New York, New York 10016
                          BY:  ERICA L. STONE, ESQ.

2

APPEARANCES (CONTINUED)

Attorney for Defendant:    MAYER BROWN LLP
Horizon Bancorp, Inc.      1221 Avenue of the Americas
                           New York, New York 10020-1001
                           BY:  JOSEPH DeSIMONE, ESQ.
                                GINA MARIE PARLOVECCHIO, ESQ.
                                LUC W.M. MITCHELL, ESQ.


Court Reporter:            LINDA D. DANELCZYK, RPR, CSR, CCR
                           Phone:  718-613-2330
                           Fax:    718-804-2712
                           Email:  LindaDan226@gmail.com


Proceedings recorded by mechanical stenography.  Transcript produced by computer-aided transcription.

PROCEEDINGS                              3

(In open court; all present via videoconference.)

THE COURTROOM DEPUTY:  In Re Horizon Bancorp, Inc. SEC Litigation.

Counsel, note your appearances, beginning with plaintiffs.

MR. TOUREK:  Good morning, Your Honor.

Christopher Tourek from Pomerantz LLP on behalf of lead plaintiff, Chad Key, in Horizon Bancorp Securities Litigation, 23-CV-02961.

MR. SACHS-MICHAELS:  Good morning, Your Honor.

Ben Sachs-Michaels from Glancy Prongay & Murray on behalf of Plaintiff Hundley in the Hundley action, which is Docket Number 23-CV-6423.

MS. STONE:  Hi.  Good morning, Your Honor.

Erica Stone from The Rosen Law Firm for Plaintiff Aziz Chowdhury in the derivative action, which is 23-CV-6555.

THE COURT:  Have you appeared?  Have you filed a notice of appearance?

MS. STONE:  I did, just within the hour.  I apologize for the tardiness.

THE COURT:  Okay.

Defendants?

MS. PARLOVECCHIO:  Good morning, Your Honor.

Gina Parlovecchio with Mayer Brown, along with Joe DeSimone and Luc Mitchell on behalf of Defendant Horizon

Bancorp.

And we're defendant in all of the actions.

THE COURT:  Okay.  Nice to see you again.

MS. PARLOVECCHIO:  Nice to see you, too.

Okay, this will be a very quick conference.  I just wanted to touch base, now that we've got the other two actions joined.

Let me ask about the Hundley action.  That's also a derivative action?

MR. SACHS-MICHAELS:  Yes, Your Honor, it's a derivative action.

THE COURT:  Okay.

And anyone who has a view, tell me how those are going to move in relation to the class action, the putative class action?

MR. SACHS-MICHAELS:  Your Honor, if I may, on behalf of Hundley.

I think we're discussing a schedule with defendants, but what we'd like to do, what we would normally do in a situation like this, is consolidate the derivative actions under one caption, and then perhaps coordinate them with the securities case, or put in place a schedule that would account for the securities case, the motion to demiss briefing, something like that, while we were stayed.

We're still working on that with defendants, but

that's how we'd like to proceed.

So as a housekeeping matter, we noticed that the Court consolidated all three cases, and we would request that we de-consolidate, if that's a word, the derivative actions and put them under their own separate caption together.

And we can either submit a stipulation to that effect, or do it however the Court would prefer.

THE COURT:  Okay.  Listen, I'll do whatever you want, but I need to understand what you just said.

Because if what you just said was, in fact, the consolidation, which I thought I was doing.  So what is different from what I've done from what you want?

MR. SACHS-MICHAELS:  Okay.  And I'm sorry if I wasn't clear.

THE COURT:  You might have been perfectly clear.  I might just not have understood it.

MR. SACHS-MICHAELS:  I'm not sure "de-consolidate" is a word, so I apologize.

So I think the defendants filed a motion seeking to -- or, sorry, a letter seeking to reassign the derivative actions to Your Honor.  And that is because there is some factual overlap with the securities class action.

What happened on the docket is that all three cases were consolidated.

THE COURT:  Ah, I see.

And what you want then is not a consolidation, you want an association?

MR. SACHS-MICHAELS:  We would relate them.

THE COURT:  Yes.  Okay.

MR. SACHS-MICHAELS:  And then we would -- sorry.

THE COURT:  That's all right.

Administratively, all I was trying to do, and that may be a better way to do it, is there will be many orders entered in all three cases that are identical.  And all I'm trying to do is save my staff the trouble of having to enter one order three times.

Now, if the cases are consolidated, it's very easy to do that.  If the cases are not consolidated, there still may be a way to do that just by listing the cases on each of the other cases' docket sheets, but I will look into that.

I see why you would not want them consolidated but just coordinated.  So I'll find a way to de-consolidate or dis-consolidate or unconsolidate them, and we'll get it back to the way it should be.

MR. SACHS-MICHAELS:  Thank you, Your Honor.

And we're planning to submit a stipulation among the derivative plaintiffs and the defendant, the nominal defendant represented by Mayer Brown, consolidating the derivative actions and appointed counsel.

And if it would be easier for the Court, we can

PROCEEDINGS                    7

address this de-consolidation issue in that stipulation.

THE COURT:  I will wait to hear from you before I do anything.

MR. SACHS-MICHAELS:  Thank you.

THE COURT:  But aside from that, is the securities action and the derivative actions, are those going to move in tandem to some degree, or no?

MR. SACHS-MICHAELS:  I anticipate that they will not.

Frequently what occurs is that the derivative action would be stayed, pending a motion to dismiss decision in the securities case.

We haven't gotten there yet with defendants, but we're trying to figure out a way that everyone can agree to do that on consent.

THE COURT:  Okay.

I mean, a couple of times when I was in practice and I did some plaintiff's work, I was always the fly in the ointment because I refused to stay in my derivatives actions and everybody got really annoyed with me.  But I always thought I got more money being a fly in the ointment.  I'll do it however you want.

And I agree with you, it is more difficult for the derivative actions to be stayed and then see what happens in the securities case, but we'll figure it out.

PROCEEDINGS                    8

MR. SACHS-MICHAELS:  Thank you, Your Honor.

THE COURT:  Okay.  When will I hear from you?

MR. SACHS-MICHAELS:  I think we should be able to file our stipulation either today or at the absolute latest tomorrow.

THE COURT:  Okay.  I can't improve on that.

Anything else we need to talk about?

MR. SACHS-MICHAELS:  Not for Plaintiff Hundley or the other derivative plaintiff, Plaintiff Chowdhury.

THE COURT:  Okay.

Thanks everyone for calling in.  We'll be in touch soon.

(Thank you, Your Honor.)

(Whereupon, the matter was concluded.)

*      *      *      *      *

I certify that the foregoing is a correct transcript from the record of proceedings in the above-entitled matter.

s/ Linda D. Danelczyk                    October 24, 2023

LINDA D. DANELCZYK                        DATE

MR. SACHS-MICHAELS: [13]
MR. TOUREK: [1]   3/6
MS. PARLOVECCHIO: [2]   3/23
 4/4
MS. STONE: [2]   3/14 3/19
THE COURT: [15]
THE COURTROOM DEPUTY: [1]
 3/2

**-**
---------------------------
**-x [2]**   1/2 1/7

**0**
**02961 [1]**   3/9

**1**
**10 [1]**   1/13
**1001 [1]**   2/3
**10016 [1]**   1/21
**10020-1001 [1]**   2/3
**10151 [1]**   1/18
**11:30 [1]**   1/7
**1221 [1]**   2/2

**2**
**2023 [2]**   1/6 8/22
**23-CV-02961 [1]**   3/9
**23-CV-2961 [1]**   1/2
**23-CV-6423 [2]**   1/3 3/13
**23-CV-6555 [2]**   1/3 3/16
**2330 [1]**   2/6
**24 [1]**   8/22
**26 [1]**   1/6
**2712 [1]**   2/7
**275 [1]**   1/20
**2961 [1]**   1/2

**3**
**3505 [1]**   1/14

**4**
**40th [1]**   1/21

**5**
**5th [1]**   1/17

**6**
**60603 [1]**   1/14
**6423 [2]**   1/3 3/13
**6555 [2]**   1/3 3/16

**7**
**718-613-2330 [1]**   2/6
**718-804-2712 [1]**   2/7
**745 [1]**   1/17

**A**
**a.m [1]**   1/7
**able [1]**   8/3
**above-entitled [1]**   8/20
**absolute [1]**   8/4
**account [1]**   4/22
**action [10]**
**actions [9]**

**address [1]**   7/1
**Administratively [1]**   6/7
**agree [2]**   7/14 7/23
**aided [1]**   2/10
**Americas [1]**   2/2
**annoyed [1]**   7/20
**anticipate [1]**   7/8
**apologize [2]**   3/20 5/18
**appearance [1]**   3/18
**appearances [3]**   1/12 1/24
 3/4
**appeared [1]**   3/17
**appointed [1]**   6/24
**aside [1]**   7/5
**association [1]**   6/2
**Avenue [3]**   1/17 1/20 2/2
**Aziz [2]**   1/20 3/16

**B**
**BANCORP [5]**
**base [1]**   4/6
**because [3]**   5/10 5/21 7/19
**beginning [1]**   3/4
**behalf [4]**   3/7 3/12 3/25
 4/16
**Ben [1]**   3/11
**BENJAMIN [1]**   1/18
**BMC [3]**   1/2 1/3 1/3
**BRIAN [1]**   1/10
**briefing [1]**   4/23
**Brooklyn [1]**   1/5
**BROWN [3]**   2/2 3/24 6/23

**C**
**caption [2]**   4/21 5/5
**case [4]**   4/22 4/23 7/12 7/25
**cases [6]**
**cases' [1]**   6/15
**CCR [1]**   2/6
**certify [1]**   8/20
**Chad [2]**   1/13 3/8
**Chicago [1]**   1/14
**Chowdhury [3]**   1/20 3/16 8/9
**CHRISTOPHER [2]**   1/15 3/7
**CIVIL [1]**   1/9
**class [3]**   4/14 4/15 5/22
**clear [2]**   5/14 5/15
**COGAN [1]**   1/10
**computer [1]**   2/10
**computer-aided [1]**   2/10
**concluded [1]**   8/15
**conference [2]**   1/9 4/5
**consent [1]**   7/15
**consolidate [5]**
**consolidated [5]**
**consolidating [1]**   6/23
**consolidation [3]**   5/11 6/1
 7/1
**CONTINUED [1]**   2/1
**coordinate [1]**   4/21
**coordinated [1]**   6/17
**correct [1]**   8/20
**counsel [2]**   3/4 6/24
**couple [1]**   7/17
**Courthouse [1]**   1/5
**CSR [1]**   2/6

**CV [6]**

**D**
**DANELCZYK [3]**   2/6 8/22 8/23
**DATE [1]**   8/23
**de [4]**   5/4 5/17 6/17 7/1
**de-consolidate [3]**   5/4 5/17
 6/17
**de-consolidation [1]**   7/1
**decision [1]**   7/11
**defendant [5]**
**defendants [5]**
**degree [1]**   7/7
**demiss [1]**   4/23
**derivative [12]**
**derivatives [1]**   7/19
**DeSIMONE [2]**   2/3 3/25
**different [1]**   5/12
**difficult [1]**   7/23
**dis [1]**   6/18
**dis-consolidate [1]**   6/18
**discussing [1]**   4/18
**dismiss [1]**   7/11
**DISTRICT [3]**   1/1 1/1 1/10
**docket [3]**   3/13 5/23 6/15
**done [1]**   5/12

**E**
**easier [1]**   6/25
**EASTERN [1]**   1/1
**easy [1]**   6/12
**effect [1]**   5/7
**either [2]**   5/6 8/4
**Email [1]**   2/7
**enter [1]**   6/10
**entered [1]**   6/9
**entitled [1]**   8/20
**ERICA [2]**   1/22 3/15
**ESQ [6]**

**F**
**fact [1]**   5/10
**factual [1]**   5/22
**Fax [1]**   2/7
**Fifth [1]**   1/17
**figure [2]**   7/14 7/25
**file [1]**   8/4
**filed [2]**   3/17 5/19
**FIRM [2]**   1/20 3/15
**Floor [2]**   1/17 1/21
**fly [2]**   7/18 7/21
**foregoing [1]**   8/20
**Frequently [1]**   7/10

**G**
**GINA [2]**   2/4 3/24
**GLANCY [2]**   1/16 3/11
**gmail.com [1]**   2/7

**H**
**Hi [1]**   3/14
**Honor [10]**
**HONORABLE [1]**   1/10
**HORIZON [5]**
**hour [1]**   3/19
**housekeeping [1]**   5/2

| | | |
|---|---|---|
| **H** | **order [1]**   6/11 | **stayed [3]**   4/24  7/11  7/24 |
| **Hundley [6]** | **orders [1]**   6/8 | **stenography [1]**   2/9 |
| | **overlap [1]**   5/22 | **stipulation [4]**   5/6  6/21  7/1 |
| **I** | **own [1]**   5/5 |   8/4 |
| **identical [1]**   6/9 | | **STONE [2]**   1/22  3/15 |
| **Illinois [1]**   1/14 | **P** | **Street [1]**   1/13 |
| **improve [1]**   8/6 | **P.A [1]**   1/20 | **submit [2]**   5/6  6/21 |
| **INC [3]**   1/4  2/2  3/2 | **PARLOVECCHIO [2]**   2/4  3/24 | **Suite [2]**   1/14  1/21 |
| **issue [1]**   7/1 | **pending [1]**   7/11 | |
| | **perfectly [1]**   5/15 | **T** |
| **J** | **perhaps [1]**   4/21 | **tandem [1]**   7/7 |
| **Joe [1]**   3/25 | **Phone [1]**   2/6 | **tardiness [1]**   3/20 |
| **Joe DeSimone [1]**   3/25 | **place [1]**   4/22 | **three [4]**   5/3  5/23  6/9  6/11 |
| **joined [1]**   4/7 | **plaintiff [9]** | **today [1]**   8/4 |
| **JOSEPH [1]**   2/3 | **plaintiff's [1]**   7/18 | **together [1]**   5/5 |
| **JUDGE [1]**   1/10 | **plaintiffs [2]**   3/5  6/22 | **tomorrow [1]**   8/5 |
| | **planning [1]**   6/21 | **touch [2]**   4/6  8/11 |
| **K** | **POMERANTZ [2]**   1/13  3/7 | **TOUREK [2]**   1/15  3/7 |
| **Key [2]**   1/13  3/8 | **practice [1]**   7/17 | **trouble [1]**   6/10 |
| | **prefer [1]**   5/7 | **two [1]**   4/6 |
| **L** | **present [2]**   1/9  3/1 | |
| **La [1]**   1/13 | **proceed [1]**   5/1 | **U** |
| **latest [1]**   8/4 | **proceedings [2]**   2/9  8/20 | **unconsolidate [1]**   6/18 |
| **LAW [2]**   1/20  3/15 | **produced [1]**   2/10 | **understood [1]**   5/16 |
| **lead [1]**   3/8 | **PRONGAY [2]**   1/16  3/11 | **UNITED [3]**   1/1  1/5  1/10 |
| **letter [1]**   5/20 | **put [2]**   4/22  5/5 | |
| **LINDA [3]**   2/6  8/22  8/23 | **putative [1]**   4/14 | **V** |
| **LindaDan226 [1]**   2/7 | | **via [2]**   1/9  3/1 |
| **Listen [1]**   5/8 | **Q** | **videoconference [2]**   1/9  3/1 |
| **listing [1]**   6/14 | **quick [1]**   4/5 | **view [1]**   4/13 |
| **LITIGATION [3]**   1/4  3/3  3/9 | | |
| **LLP [4]**   1/13  1/16  2/2  3/7 | **R** | **W** |
| **LUC [2]**   2/4  3/25 | **RE [2]**   1/4  3/2 | **W.M [1]**   2/4 |
| | **really [1]**   7/20 | **wait [1]**   7/2 |
| **M** | **reassign [1]**   5/20 | **word [2]**   5/4  5/18 |
| **Madison [1]**   1/20 | **record [1]**   8/20 | |
| **MARIE [1]**   2/4 | **recorded [1]**   2/9 | **Y** |
| **matter [3]**   5/2  8/15  8/20 | **refused [1]**   7/19 | **YORK [8]** |
| **MAYER [3]**   2/2  3/24  6/23 | **relate [1]**   6/3 | |
| **mean [1]**   7/17 | **relation [1]**   4/14 | |
| **mechanical [1]**   2/9 | **Reporter [1]**   2/6 | |
| **MICHAELS [2]**   1/18  3/11 | **represented [1]**   6/23 | |
| **might [2]**   5/15  5/16 | **request [1]**   5/3 | |
| **MITCHELL [2]**   2/4  3/25 | **ROSEN [2]**   1/20  3/15 | |
| **money [1]**   7/21 | **RPR [1]**   2/6 | |
| **morning [4]**   3/6  3/10  3/14 | | |
|   3/23 | **S** | |
| **motion [3]**   4/23  5/19  7/11 | **SACHS [2]**   1/18  3/11 | |
| **move [2]**   4/14  7/6 | **SACHS-MICHAELS [2]**   1/18  3/11 | |
| **MURRAY [2]**   1/16  3/11 | **Salle [1]**   1/13 | |
| | **Sally [1]**   1/17 | |
| **N** | **save [1]**   6/10 | |
| **need [2]**   5/9  8/7 | **schedule [2]**   4/18  4/22 | |
| **Nice [2]**   4/3  4/4 | **SEC [1]**   3/3 | |
| **nominal [1]**   6/22 | **securities [8]** | |
| **normally [1]**   4/19 | **seeking [2]**   5/19  5/20 | |
| **note [1]**   3/4 | **SENIOR [1]**   1/10 | |
| **notice [1]**   3/18 | **separate [1]**   5/5 | |
| **noticed [1]**   5/2 | **September [1]**   1/6 | |
| **Number [1]**   3/13 | **sheets [1]**   6/15 | |
| | **situation [1]**   4/20 | |
| **O** | **soon [1]**   8/12 | |
| **occurs [1]**   7/10 | **staff [1]**   6/10 | |
| **October [1]**   8/22 | **STATES [3]**   1/1  1/5  1/10 | |
| **ointment [2]**   7/19  7/21 | **STATUS [1]**   1/9 | |
| **open [1]**   3/1 | **stay [1]**   7/19 | |